IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NANCY G. MALONEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-1980-L** |
| | § | |
| FORTERRA, INC.; JEFFREY K. BRADLEY; W. MATTHEW BROWN; LORI M. BROWN; WILLIAM KERFIN; KYLE S. VOLLUZ; KEVIN BARNER; ROBERT CORCORAN; SAMUEL D. LOUGHLIN; CLINT MCDONNOUGH; JOHN MCPHERSON; CHRIS MEYER; JACQUES SARRAZIN; CHADWICK S. SUSS; and GRANT WILBECK, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The court issues this judgment pursuant to its Memorandum Opinion and Order (Doc. 32), filed July 30, 2019. Accordingly, it is hereby **ordered, adjudged** and **decreed** that this action filed by Plaintiff Nancy G. Maloney ("Maloney") against Defendants (as listed in the caption) is **dismissed without prejudice**; and that all allowable and reasonable costs of court are taxed against Maloney.

Signed this 31st day of July, 2019.

                                                                  */s/ Sam A. Lindsay*
                                                                  Sam A. Lindsay
                                                                  United States District Judge